1

2                                    JS 6

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11    ROSALIE RAINS,                    )    CASE NO. 2:17-cv-00301 DSF (SSx)
                                        )
12                                      )
               Plaintiff,               )    JUDGMENT
13                                      )
                                        )
14    v.                                )
                                        )
15    ALLSTATE INSURANCE                )
      COMPANY, ET AL.,                  )
16                                      )
                                        )
17                                      )
               Defendants.              )
18                                      )
                                        )
19    _____)

20          The Court having ordered that summary judgment be entered in favor of

21    Defendants and against Plaintiff,

22          IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the

23    action be dismissed with prejudice, and that Defendants recover their costs of suit

24    pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

25

26    DATED:    1/16/18

27                                           _____
                                                   Dale S. Fischer
28                                             United States District Judge