# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE RAINS,<br>　　　Plaintiff,<br><br>　　　v.<br><br>ALLSTATE INSURANCE<br>COMPANY, et al.<br>　　　Defendants. | CV 17-301 DSF (SSx)<br><br>JUDGMENT |

　　The Court having granted summary judgment in favor of Defendant Allstate Insurance Company,

　　　IT IS ORDERED AND ADJUDGED that Plaintiff Rosalie Rains take nothing, that the action be dismissed with prejudice in its entirety, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 7, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge